**Order entered February 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00043-CV**

**IN THE INTEREST OF R.B., A CHILD**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30016-2019**

**ORDER**

Before the Court is court reporter LaTresta Ginyard's February 1, 2021 request for a ten-day extension to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than February 11, 2021.

/s/    KEN MOLBERG
        JUSTICE